# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rick Conyers,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                             3:07-cv-378-1

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2007 Order.

**Signed: September 7, 2007**

Frank G. Johns, Clerk
United States District Court